# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CASSANDRA DENISE BLANCHARD**                                           **PLAINTIFF**

v.                           Case No. 4:19-cv-00068-LPR

**ANDREW SAUL,**                                                          **DEFENDANT**
**Commissioner of Social Security Administration**

## ORDER

The Court received and reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge J. Thomas Ray. (Doc. 14). The parties have not filed objections. After carefully reviewing the Recommendation and the record, the Court approves and adopts the Recommendation in full, with one slight modification.

The Recommendation states that, "[g]iven the sharp conflict" between Plaintiff's "treating physicians and the opinions of the two DDS review physicians, the ALJ was *obligated* to order a consultative examination" to assist in resolving the conflict. (*Id.* at 10) (emphasis added). The Court agrees that on remand a consultative examination could be helpful and is probably the best path forward. But the Court is not convinced that a consultative examination is mandated. Certainly, the caselaw does not mandate one just because physicians disagree. Consultative examinations are not obligatory tiebreakers. Rather, it is only reversable error for an ALJ not to order a consultative examination "when such an examination is *necessary for him to make an informed decision*." *Dozier v. Heckler*, 754 F.2d 274, 276 (8th Cir. 1985) (emphasis added); *Conley v. Bowen*, 781 F.2d 143, 146 (8th Cir. 1986); *see also Swink v. Saul*, 931 F.3d 765, 770 (8th Cir. 2019). On remand, the ALJ should either order a consultative examination or fully explain, in detail, why one is unnecessary for reaching an informed decision.

With this slight modification, the Court approves and adopts the entire Recommendation.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED, and the case is REMANDED for further proceedings.

IT IS SO ORDERED this 14th Day of January 2020.

<u>Lee P. Rudofsky</u>
UNITED STATES DISTRICT JUDGE
