IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CASSANDRA DENISE BLANCHARD                                            PLAINTIFF

v.                          Case No. 4:19-cv-00068-LPR

ANDREW SAUL,                                                          DEFENDANT
Commissioner of Social Security Administration

## JUDGMENT

Pursuant to the Order filed on January 14, 2020, the Commissioner's decision is REVERSED, and the case is REMANDED for further proceedings.

IT IS SO ADJUDGED this 14th day of January 2020.


                                                Lee P. Rudofsky
                                                UNITED STATES DISTRICT JUDGE